UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § § § § **Plaintiff,** § § **v.** § § **RELFI, INC.,** aka **GEMINI BUSINESS FUNDING,** and **JACQUELINE J. ACEVEDO** § § § § **Defendants.** § § | Case No.: 3:25-cv-00218-LS |

### NOTICE OF VOLUTARY DISMISSAL OF CLAIMS WITH PREJUDICE

Plaintiff Brandon Callier files this Notice of Voluntary Dismissal pursuant to Fed. R. Civ P. 41(a)(1)(A)(i). Plaintiff's claims against Defendants Relfi, Inc. aka Gemini Business Funding ("Gemini") and Jacqueline J. Acevedo ("Acevedo") are dismissed with prejudice.  Gemini and Acevedo have not made an appearance or otherwise defended this action.

Dated: August 20, 2025,                                 Respectfully submitted,

/s/ Brandon Callier

Brandon Callier
Plaintiff, Pro Se
1490A George Dieter Drive
#174
El Paso, Texas 79936
915-383-4604
Callier74@gmail.com