UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | No. 3:25-CV-00218-LS |
| § | |
| **RELFI, INC., aka GEMINI BUSINESS** § | |
| **FUNDING, a Florida Corporation; and** § | |
| **JACQUELINE J. ACEVEDO,** § | |
| § | |
| *Defendants*. § | |

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case with prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on August 25, 2025.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**